## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 2:19-cv-02693-DDP-GJS    JS-6 | Date | February 4, 2020 |
|---|---|---|---|
| Title | Fenglin Chen v. Kirstjen Nielsen | | |

Present: The Honorable    DEAN D. PREGERSON, UNITED STATES DISTRICT JUDGE

| Patricia Gomez | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |

**Proceedings:**        (IN CHAMBERS)

Defendant's Motion To Dismiss (Dkt. 26) was set, pursuant to stipulation, to be heard on February 3, 2020.  (Dkt. 32.)  Plaintiff's Opposition was therefore due no later than January 13, 2020.  (See C.D. Cal. L.R. 7-9.)  As of the date of this Minute Order, no opposition has been filed.  The court deems Plaintiff's failure to oppose as consent to the granting of the motion, and GRANTS the motion. (See C.D. Cal. L.R. 7-12.)  Plaintiff's First Amended Complaint is DISMISSED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | PG | | |